**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN GAETANO BONIELLO | No. 1:26-CR-00039-JAW |

**PROSECUTION VERSION**

On about September 4, 2023, in the District of Maine, the defendant **JOHN GAETANO BONIELLO** ("the Defendant"), knowing and in reckless disregard of the fact that an alien had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law.

Specifically, on September 4, 2023, U.S. Border Patrol was notified about a potential human smuggling event that was occurring in Lowelltown - a remote, wooded area in Rangely with a history of smuggling activity. The area is located along the border of the United States and Canada and is only accessible by driving along approximately 25 miles of dirt logging roads. It takes about an hour to reach Lowelltown by vehicle after you leave the nearest paved road. Most people frequenting the area are known to Rangeley Border Patrol, including about a dozen camp owners, loggers, and more recently, Central Maine Power corridor workers.

At approximately 10:14 AM, Houlton Sector Communications advised Rangeley Border Patrol via service radio that a silver vehicle was observed approaching the International Boundary on the Canadian side. The vehicle parked north of the gate, in Canada. Two females were observed exiting the vehicle with two bags. One female was observed walking past the gate and entering the United States from Canada carrying the

two bags. The other female was observed returning to the silver vehicle and driving back to Canada.

The area where the female entered the United States is marked by a large sign that faces both the United States and Canada. The sign is written in English and French and warns people that this is the International Boundary and crossing is illegal. There is a gate on the north side of the International Boundary to prevent vehicles from driving across the International Boundary. U.S. Border Patrol employs monitoring equipment in the area that relays real-time information back to the Rangeley Border Patrol stations to identify illicit cross-border activity.

At approximately 10:27 AM, Houlton Sector Communications advised that a female carrying two bags and matching the description above was also observed walking further into the United States on Lowelltown Road. At around the same time, the Rangeley Border Patrol Station observed a black sport utility vehicle (SUV), driven by a man with tattoos, headed toward Lowelltown. A short while later, two Border Patrol Agents met the vehicle on a narrow stretch of logging road that was only passible by one vehicle at a time and pulled over the SUV. The SUV was occupied by a male driver and a female passenger.

When questioned, the female passenger, later identified as Esmeralda Fatima Zohra BELFODIL, said that she was a citizen of France. She provided her passport. A records check revealed BELFODIL had a Visa Waiver Denial for re-entry due to previously being caught at an international boundary with marijuana in Honolulu, Hawaii.

When questioned, the Defendant eventually acknowledged that he knew BELFODIL had crossed illegally but he only picked her up so they could "hang out" and he planned to return her to Canada later that day. At this time, the Defendant was

apprehended for alien smuggling and BELFODIL was apprehended for entry without inspection. Both the Defendant and BELFODIL were transported to the Rangeley Border Patrol Station for further processing.

At the station, the Defendant was advised of his Miranda rights and agreed to speak to law enforcement. Initially, the Defendant claimed that he was in a long-distance relationship with BELFODIL and he did not know that BELFODIL had crossed the border illegally. Later in the interview, however, he acknowledged that when he picked BELFODIL up on a desolate road in the Maine woods that it was a "dead give-away" and he "should have known better." He also later acknowledged that he traveled from Florida to Maine to pick up BELFODIL after she illegally crossed and planned to bring her down to Florida. The Defendant also stated that BELFODIL had figured out online where she should cross illegally.

If this matter had proceeded to trial, the government would have presented the following: (1) the testimony of the agents who assisted in the apprehension of the Defendant and his subsequent Mirandized, video-recorded interview where he admitted that he was aware BELFODIL had crossed illegally into the United States and that they had agreed to a pick-up in a remote location; (2) the testimony of the Border Patrol Agent who saw BELFODIL cross illegally into the United States; and (3) photographs of the remote location of the pick-up.

Dated at Bangor, Maine this 8th day of September, 2026.

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

**/s/ ANDREW MCCORMACK**
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, I electronically filed the Government's Prosecution Version with the Clerk of Court using the CM/ECF system that will send notifications of such filing to the following:

Phil Noland, Esq.

**ANDREW B. BENSON**
United States Attorney

**/s/ Andrew McCormack**
Assistant United States Attorney
U.S. Attorney's Office
202 Harlow Street, Room 111
Bangor, ME 04401